ACCEPTED
05-14-00823
FIFTH COURT OF APPEALS
DALLAS, TEXAS
2/26/2015 9:09:25 PM
LISA MATZ
CLERK

Appeal No. 05-14-00823
Trial Court Cause No. 380-81335-2011
FIFTH DISTRICT COURT OF APPEALS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
2/26/2015 9:09:25 PM
LISA MATZ
Clerk

| | | |
|---|---|---|
| STATE OF TEXAS | § | 5TH DISTRICT COURT |
| | § | |
| VS. | § | OF APPEALS |
| | § | |
| WILSON, DARIUS | § | |

## APPELLANT'S MOTION TO DISMISS APPEAL

TO THE HONORABLE JUDGES OF THE COURT OF APPEALS:

Appellate counsel J. Daniel Oliphant, attorney for Appellant, Darius Wilson, respectfully files this Motion to Dismiss Appeal, and would respectfully show the Court:

### I.

On June 27, 2014, the 380th Judicial District Court, Collin County, Texas appointed J. Daniel Oliphant to represent Darius Wilson in his appeal for the conviction he sustained in the above numbered Trial Court Cause Number.

### II.

Appellant has indicated that he no longer wishes to pursue the appeal for the conviction he sustained in the above numbered Trial Court Cause Number. Counsel for Appellant has received correspondence from Appellant indicating his desire to abandon his appeal. Please see correspondence attached.

## III.

Attorney for Appellant has discussed Appellant's desires and agrees that he is freely and voluntarily dismissing his appeal.

## IV.

Appellant requests the Court to dismiss the appeal in this case.

Respectfully submitted,

\_\_/s/\_Danny Oliphant_____
J. DANIEL OLIPHANT
LAW OFFICES OF J. DANIEL OLIPHANT
STATE BAR # 00797173
3021 Ridge Road, Ste A #275
Rockwall, Texas 75032
(469) 879-8531
(972) 552-9374 FAX
jdoliphantjr@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing Motion to Dismiss the Appeal was served upon the District Attorney on February 26, 2015.

\_\_/s/ Danny Oliphant_____
J. DANIEL OLIPHANT

10-14-14

Dear Mr. Oliphant,

I'm writing concerning case, number 380-81335-2011. I no longer want to appeal this case. Will you please contact me concerning this matter. Thank-you for your time and consideration.

Sincerly Dawnine Wilson

NAME: Darius Wilson
ID: 1944446
Joe F. Gurney Unit
385 FM 3338
Palestine, TX 75803

(Legal)

DALLAS TX 750
16 OCT 2024 PM 5 L



Attorney J. Daniel Oliphant
3838 Oak Lawn Ave
Ste 1300
Dallas, TX 75219-4514